UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DINAH HANLEY, Plaintiff | ) | CASE NO. 2:04-CV-513 RL |
| vs. | ) | |
| CITY OF GARY, et.al., | ) | |
| Defendants | ) | |

DEFENDANT, LAKE COUNTY'S, T.R. 26(A)(1) INITIAL DISCLOSURES

Comes now the defendant, Lake County, by counsel, and makes the following initial disclosures to the parties:

1. The individuals known to this defendant who are likely to have discoverable information are: Caren Jones, Warden, Lake County Jail, Crown Point, In., telephone (219) 755-3424; Michael Pancini, Medical Director, Lake County Jail, Crown Point, Indiana, telephone (219) 755-3424; John Clark, head of the mail room at the Lake County Jail at the relevant times, 1356 Clinton, Gary, In., telephone 949-3232.

2. This defendant has no documents or description of documents which may be relevant at this time. Once plaintiff executes and delivers to the undersigned that medical-hospital authorization which was sent to her approximately 3 weeks ago, the medical records and other possible documents will be forthcoming.

3. This defendant has no information relative to damages.

4. This defendant is self-insured.

(S) ______________________

George Glendening, 7164-45, Atty. for Lake County
49 Muenich Ct.
Hammond, In. 46320
(219) 932-0252

CERTIFICATE OF SERVICE

This is to certify that on this 21 day of March, 05 the following attorneys were served by electronic filing at the following addresses via e-mail:

Stephen Bower bower@thiros.com, laurie@thiros.com

Steven A. Johnson saj@JohnsonRappa.com

Daniel L. Layden djl@awmlaw.com

Donald P. Levinson donlevinson@airbaud.net

Michael J. Rappa mjr@JohnsonRappa.com

Nick J. Thiros nick@thiros.com, liz@thiros.com

Thomas W. Vanes tom.vanes@sbcglobal.net

The following attorney was served by first class mail with proper postage affixed:

Dawn Wellman
AllenWellmanMcNew
Five Courthouse Plaza
Greenfield, In. 46140

(S) George Glendening

George Glendening, 7164-45, Atty. for Lake County