IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DINAH LYNN HENLEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF GARY, LAKE COUNTY, LANITA TITUS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS A OFFICER OF THE GARY POLICE DEPT., REGINALD WOODS, INDIVIDUALLY AND IN HIS CAPACITY AS A OFFICER OF THE GARY POLICE DEPT., ESTATE OF LOUIS W. DONALD, JR., DECEASED, THROUGH ITS PERSONAL REPRESENTATIVE, LORETTA LOPER<br><br>Defendants. | ) | CIVIL ACTION NO.<br>2:04-CV-513 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Now come the parties, Dinah Lynn Henley, City of Gary, Lake County, Lanita Titus, individually and in her official capacity as an officer of the Gary Police Department, Reginald Woods, individually and in his capacity as an officer of the Gary Police Department, Estate of Louis W. Donald, Jr., deceased, through its personal representative, Loretta Loper, by their respective counsel, and respectfully show to the Court that any and all claims herein and between the parties have been fully paid and satisfied and this cause of action has been amicably adjusted between the parties. The plaintiff now moves the Court to dismiss this cause with prejudice. Defendants herein stipulate to the entry of an Order of Dismissal in any and all claims herein, with prejudice. Each party to pay their own costs.

Respectfully Submitted,

s/Thomas W. Vanes
Thomas W. Vanes
9120 Connecticut Drive, Suite G
Merrillville, IN 46410

s/Dawn E. Wellman
Dawn E. Wellman
Allen Wellman and McNew
Five Courthouse Plaza
P.O. Box 455
Greenfield, IN 46140

s/George Glendening
George Glendening
49 Muenich Court
Hammond, IN 46320

s/Donald P. Levinson
Donald P. Levinson
Levinson & Levinson
122 W. 79th Avenue
Merrillville, IN 46410

s/Stephen C. Bower
Stephen C. Bower
Cohen & Thiros
200 East 90th Drive
Merrillville, IN 46410

s/Steven A. Johnson
Steven A. Johnson
Johnson & Rappa, LLC
250 East 90th Drive
Merrillville, IN 46410

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Thomas W. Vanes
9120 Connecticut Drive, Suite G
Merrillville, IN 46410

Dawn E. Wellman/Daniel J. Layden
Allen Wellman and McNew
Five Courthouse Plaza
P.O. Box 455
Greenfield, IN 46140

Donald P. Levinson
Levinson & Levinson
122 W. 79th Avenue
Merrillville, IN 46410

Nick J. Thiros/Stephen C. Bower
Cohen & Thiros
200 East 90th Drive
Merrillville, IN 46410

George Glendening
49 Muenich Court
Hammond, IN 46320

**JOHNSON & RAPPA, LLC**

By: s/Steven A. Johnson

*4/38960208.stipdis*