**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| DINAH LYNN HENLEY | ) | |
| Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 2:04 CV 513 RL |
| | ) | |
| CITY OF GARY, LAKE COUNTY, | ) | |
| LANTIA TITUS, REGINALD WOODS, | ) | |
| ESTATE OF LOUIS W. DONALD, JR., | ) | |
| Defendants. | ) | |

## NOTICE OF ENDORSEMENT

Pursuant to the CM/ECF Procedure Manual, Thomas W. Vanes, hereby certify that his original signature was placed on the following document which was filed electronically on June 16, 2006:

Stipulation For Dismissal

/s/ Thomas W. Vanes
Thomas W. Vanes #935-45
Attorney for Plaintiff
9120 Connecticut Drive, Suite G
Merrillville, IN 46410
219-769-2707

Date: July 18, 2006